TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00761-CR







Alberto Longoria Resendes, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT


NO. 41,263, HONORABLE WILLIAM C. BLACK, JUDGE PRESIDING








PER CURIAM



 This is an appeal from the judgment of conviction for possession of marihuana. 
Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).


Before Justices Powers, Kidd and B. A. Smith


Appeal Dismissed on Appellant's Motion


Filed: March 8, 1995


Do Not Publish